**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOSE L. VELLON, | : | No. 555 MAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| BUREAU OF DRIVER LICENSING, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

> Whether the Commonwealth Court of Pennsylvania erred in affirming the Court of Common Pleas denial of the statutory appeal of suspension of operating privileges based on a finding that 75 Pa.C.S. [§] 3806(b)(3) requires that each pending multiple driving under the influence offense for which sentencing occurs on the same day be considered a "prior offense" for all other offenses, without regard to whether sentence has yet been imposed, as provided for in the general definition of "prior offense" under 75 Pa.C.S [§] 3806(a)?

Justice Brobson did not participate in the consideration or decision of this matter.